TRIAL COURT NO. F17-00395

| | | |
|---|---|---|
| THE STATE OF TEXAS | }{ | IN THE 283RD JUDICIAL |
| VS. | }{ | DISTRICT COURT OF |
| JOSE GUTIERREZ-MONTERO | }{ | DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
03/27/2018 12:32:58 PM
LISA MATZ
Clerk

---

## MOTION FOR EXTENSION

---

I, Debi Harris, am the Deputy Court Reporter for the 283rd Judicial District Court, working in Auxiliary Court No. 8, Child Abuse Court. I am the court reporter for the above captioned cause.

The record is due to be filed on March 29, 2018. It has come to my attention that there are 3 other hearings on this case that were taken by another court reporter. The reporter has been notified and is working on those hearings.

I am requesting that the Court grant me an extension of 30 days in order for the record to be completely prepared and then filed with the court.

Debi Harris, CSR
(214) 450-8383